FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

2011 NOV -4  AH 8: 58

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**AVANT GARDE ENGINEERING AND**
**RESOURCES LIMITED,**

Plaintiff,

v.                                                                    **Case No. 3:11-cv-525-J-20TEM**

**NATIONWIDE EQUIPMENT COMPANY, et al,**

Defendant.

_____ /

**O R D E R**

This case is before the Court *sua sponte*.  On October 25, 2011, this Court entered an

Order (Dkt. #33) directing the Plaintiff to show cause as to why this case should not be dismissed

for failure to file a Case Management Report.  On November 1, 2011, Plaintiff filed its Response

to the Court's  Order to Show Cause (Dkt #34) wherein it is stated that the parties agreed that "it

was best to wait for Kostenski (additional Defendant) to appear . . . before conferring and filing

the report.  As a result, the Case Management Report was not filed" (Motion at page 3, ¶9).

Local Rule 3.05 (c)(2)(B) states that counsel shall meet within 60 days after service of the

complaint upon **any** defendant or the first appearance of   **any** defendant and that a Case

Management Report must be filed within 14 days after the meeting.  On July 13, 2011 counsel for

Nationwide Equipment Company, Inc. filed a motion requesting an extension of time to answer

or respond to Plaintiff's  complaint.  This marks the first appearance of any defendant.  Therefore,

the case management conference should have been held prior to September 12, 2011 and a Case

Management Report filed no later than September 26, 2011.  The fact that the parties agreed that

it was best to wait carries no merit with the Court. Local Rules are not merely advisory; they are to be followed. Accordingly, it is hereby **ORDERED** that

1.   This Court's Order to Show Cause (Dkt #33) is hereby **DISCHARGED.**

2.   A Case Management Report shall be filed no later than November 14, 2011.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of November, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:      Samuel Manduegbuga, Esq.
                Samuel Armotrafing, Esq.
                Kenneth Wright, Esq.
                Antoinette Burgess, Esq.
                Fred Tromberg, Esq.
                Paul Bueker, Esq.
                Robert Lippelman, Esq.
                David Burns, Esq.      .
                Stuart Williams, Esq.