UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AVANT GARDE ENGINEERING AND
RESOURCES LIMITED,

    Plaintiff,

vs.                                               CASE NO. 3:11-cv-525-J-20TEM

NATIONWIDE EQUIPMENT COMPANY, INC.,
NATIONWIDE EQUIPMENT INTERNATIONAL, INC.
EDWARD A. KOSTENSKI and JEAN BAKKES,

    Defendants.
_____/

## ORDER

This matter is before this Court on "Plaintiff's Motion for a Two-Week Enlargement of Time to Confer with Counsel for the Opposing Parties and Then Advise the Court on the Selection of a Mediator" (Dkt. 44). Plaintiff seeks this extension because the parties have not been able to select a mediator in accordance with this Court's Order (Dkt. 42).

Accordingly it is **ORDERED**:

"Plaintiff's Motion for a Two-Week Enlargement of Time to Confer with Counsel for the Opposing Parties and Then Advise the Court on the Selection of a Mediator" (Dkt. 44) is **GRANTED**.

DONE AND ORDERED at Jacksonville, Florida, this ___ day of December, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Samuel O. Maduegbuna, Esq.
Steve A. Armotrading, Esq.
Kenneth B. Wright, Esq.
Antoinette Burgess, Esq.
Fred Tromberg, Esq.
David D. Burns, Esq.
Stuart Fraser Williams, Esq.